UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-01328-JLS-JDE                                                       Date: January 30, 2023
Title:  Liberty Mutual Insurance Company v. Compendium International, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                                                  Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH COURT ORDER**

   In its November 21, 2022 Order granting counsel for Defendants' Motion to Withdraw as Counsel of Record (Doc. 43), the Court gave Defendants 30 days from the issuance of the Order to obtain new counsel.  (Order, Doc. 44.)  The Order stated that failure to obtain new counsel would result in an entry of default against Defendants.  (*Id.*)  To date, no new counsel has entered an appearance to represent Defendants.

   Accordingly, Defendants are ORDERED TO SHOW CAUSE, no later than **five (5) days** from the issuance of this Order, why the Court should not enter a default against Defendants and/or impose sanctions for failure to comply with an Order from this Court.

                                                                              Initials of Deputy Clerk: vrv