# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | SACV 21-01328-JLS (JDEx) |
| Date | February 10, 2023 |
| Title | Liberty Mutual Insurance Company v. Compendium International, Inc., et al. |

**Present: The Honorable**   JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS plaintiff, to show cause in writing no later than **February 24, 2023,** why this action should not be dismissed for lack of prosecution.

As an alternative to a written response by plaintiff, the Court will consider the filing of a Request for Entry of Default as an appropriate response to this OSC, on or before the above date.

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently. If necessary, plaintiffs must also pursue Rule 55 remedies promptly upon the default of any defendant.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff is due.

| | |
|---|---|
| Initial of Deputy Clerk | vrv |