UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-01328-JLS-JDE                                    Date: August 17, 2024
Title:  Liberty Mutual Insurance Co. v. Compendium International, Inc., et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Charles A. Rojas                                          N/A
Deputy Clerk                                          Court Reporter

Attorneys Present for Plaintiffs:          Attorneys Present for Defendant:

Not Present                                          Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: FAILURE
                 TO FILE STATUS REPORT**

On August 10, 2023, the Court ordered Plaintiff to file a status report every 180 days or within 14 days of the resolution of the bankruptcy proceedings, whichever is earlier.  (Order Staying Action, Doc. 53.)  To date, the Court has not received any status reports.

Accordingly, the Court ORDERS Plaintiff to show cause for its failure to file a status report no later than five (5) days from the issuance of this Order.  The Court will consider a timely filed status report as an adequate response to this Order.  Failure to timely and adequately response to this Order will result in the immediate dismissal of the action.

Initials of Deputy Clerk: cr