UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-01328-JLS-JDE                                Date:  February 28, 2025
Title:  Liberty Mutual Insurance Company v. Compendium International, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                  Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: FAILURE TO FILE STATUS REPORT**

On August 10, 2023, the Court ordered Plaintiff to file a status report every 180 days or within 14 days of the resolution of the bankruptcy proceedings, whichever is earlier.  (Order Staying Action, Doc. 53.)  On August 17, 2024, the Court issued an Order to Show Cause ("OSC") regarding Plaintiff's failure to file any status reports.  (OSC, Doc. 55.)  Plaintiff responded to the Court's OSC on August 20, 2024, providing that it would "continue to provide status reports" as required in the Court's Order Staying the Action.  (Response, Doc. 56.)  Plaintiff's next status report was due February 20, 2025.  To date, the Court has not received any such status report.

Accordingly, the Court ORDERS Plaintiff to show cause for its second failure to file a status report no later than **five (5) days** from the issuance of this Order.  The Court will consider a timely filed status report an adequate response to this Order.  Failure to timely and adequately respond to this Order will result in the imposition of monetary sanctions.  Any further need for the Court to issue an OSC requiring Plaintiff to abide by the terms of its Order Staying the Action will result in the immediate imposition of monetary sanctions without a further opportunity to show cause.

.

Initials of Preparer:  kd